IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SENTRY INSURANCE
COMPANY  AND CGI
TECHNOLOGIES &
SOLUTIONS INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-56

        Appellant,

v.

KAREN SYKORA,

        Appellee.

_____/

Opinion filed July 17, 2014.

An appeal from an order of the Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident: July 2, 2010.

William H. Rogner, Winter Park, for Appellant.

Jeffrey E. Appel, Lakeland, for Appellee.

PER CURIAM.

        AFFIRMED.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.